UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Criminal No. RDB-10-0281 |
| RAINE CURTIS | * | |

\* \* \* \* \* \* \*

## DEFENDANT'S REQUEST FOR REVIEW OF ORDER OF DETENTION

Now comes the defendant, Raine Curtis, by and through Joseph Murtha, Esquire, and Miller Murtha & Psoras, LLC, and pursuant to 18 U.S.C. §3145(b) respectfully requests that this Honorable Court review the Order of Detention entered by the magistrate judge at the time of the defendant's appearance before the Court for a detention hearing in the above-captioned matter.

The defendant avers that there are conditions which can be imposed upon the defendant which will reasonably assure the appearance of the defendant and will assure that the defendant will not endanger the safety of any other person or the community.

Respectfully submitted,

_____/s/_____
Joseph Murtha
Federal Bar No. 23725
Miller Murtha & Psoras, LLC
1301 York Road, Suite 200
Lutherville, Md. 21093
(410) 583-6969

Attorney for the defendant
Raine Curtis

## REQUEST FOR A HEARING

Pursuant to 18 U.S.C. §3145(b) the defendant requests that he be provided a promptly scheduled hearing of his request for review of the order of detention.

/s/
Joseph Murtha

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2010, a copy of the foregoing Defendant's Request for Review of Order of Detention was sent by electronic transmission to John F. Purcell, (Jack.Purcell@usdoj.gov) Assistant United States Attorney, Office of the United States Attorney for the District of Maryland, 36 S. Charles Street, Suite 400, Baltimore, Maryland 21201.

/s/
Joseph Murtha

JM9743

Case 1:10-cr-00281-RDB   Document 16   Filed 06/10/10   Page 3 of 3